# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**WILLIE WILLIAMS, #61691**                                            **PETITIONER**

**VERSUS**                                **CIVIL ACTION NO. 2:09-cv-76-KS-MTP**

**RON KING**                                                      **RESPONDENT**

## ORDER

Before the Court are Petitioner's motion for judgment [8] filed August 17, 2009 and motion for reply to motion for summary judgment [10] filed October 20, 2009. On June 15, 2009, this case was transferred to the United States Court of Appeals for the Fifth Circuit as a second or successive habeas petition. On June 28, 2009, the United States Court of Appeals for the Fifth Circuit denied Petitioner authorization to proceed in this Court with this petition. Therefore, this Court does not have jurisdiction over this case and does not gain jurisdiction until the Fifth Circuit grants Petitioner permission to file this successive habeas petition. *See United States v. Key,* 205 F.3d 773, 774 (5th Cir. 2000). Therefore, the Court finds that it lacks jurisdiction to entertain Petitioner's motions [8 & 10]. Accordingly, it is

ORDERED that Petitioner's motion for judgment [8] and motion for reply to motion for summary judgment [10] are denied.

THIS, the 29th day of October, 2009.

                                                                 *s/ Keith Starrett*
                                            UNITED STATES DISTRICT JUDGE